IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JIMMY LYNN KNOTTS,

      Petitioner,

v.                                                   CV 14-239 JCH/WPL

JOHN SANCHEZ, Warden,

      Respondent.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

      This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD"), filed January 8, 2-15. (Doc. 21) The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

      IT IS THEREFORE ORDERED that:

      1) the PFRD is adopted as an order of the Court;

      2) the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody is denied;

      3) this cause is dismissed with prejudice; and

      4) a certificate of appealability is denied.

_____
UNITED STATES DISTRICT JUDGE